**Opinion filed February 3, 2022**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-21-00185-CR & 11-21-00186-CR
_____

### KEITH SCHONERSTEDT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause Nos. 21975B & 22911B**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court motions to dismiss his appeals. Appellant asserts in his motions that he no longer wishes to prosecute these appeals. Each motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motions are granted, and the appeals are dismissed.


February 3, 2022                                                 PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.